◼ WHALE REALTY CORP., Appellant, v AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, Respondent, et al., Defendant. (And a Third-Party Action.)—Appeal by plaintiff from an order of the Supreme Court, Kings County, dated October 3, 1977, which, *inter alia,* denied its motion for a protective order. Appeal dismissed as academic, without costs or disbursements (see *Federal Ins. Co. v Whale Realty Corp.,* 65 AD2d 523). Damiani, J. P., Titone, Rabin and Margett, JJ., concur.

◼ In the Matter of ALLSTATE INSURANCE COMPANY, Respondent, v ANDY WILLIAMS, Respondent, and LION INSURANCE COMPANY OF NEW YORK, Appellant.—In a proceeding to stay arbitration, the appeal is from a judgment of the Supreme Court, Queens County, dated May 9, 1978, which, after a hearing, *inter alia,* granted the application. Judgment affirmed, with costs, on the opinion of Mr. Justice Hyman at Special Term. Titone, J. P., Shapiro, Cohalan and Margett, JJ., concur.